274 S.E.2d 227 (1981)
301 N.C. 401
AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY et al.
v.
John Randolph INGRAM et al. (Appealed by Wake Anesthesiology Associates, Inc., Lawrence B. Haynes, Jr., LeRoy King and Jafar M. Schick).
Supreme Court of North Carolina.
January 6, 1981.
Law Offices of John R. Jordan, Jr., Raleigh, for plaintiffs.
Tharrington, Smith & Hargrove, Raleigh, for defendants.
Petition by plaintiff to rehear. 301 N.C. 138, 271 S.E.2d 46. Denied.